1
2
3
4   UNITED STATES DISTRICT COURT
5   NORTHERN DISTRICT OF CALIFORNIA
6
7   IN THE MATTER OF

Case No.  16-mc-80031-JD

8   Walter Lee Davis #098513

**ORDER OF SUSPENSION**

9
10
11
12
13   Because Walter Lee Davis has failed to respond to the Order to Show Cause, Mr. Davis
14   membership in the bar of this Court is hereby suspended.
15   **IT IS SO ORDERED**.
16   Dated:  March 31, 2016

_____
JAMES DONATO
United States District Judge

17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br><br>Walter Lee Davis #098513 | Case No.  16-mc-80031-JD<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 3/31/2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Walter Lee Davis
2420 Sand Creek Road
C-1, #327
Brentwood, CA 94513

Dated: 3/31/2016

Susan Y. Soong
Clerk, United States District Court

By: *Lisa R. Clark*
_____
Lisa R. Clark, Deputy Clerk to the
Honorable   James Donato